United States District Court
Southern District of Texas

**ENTERED**

May 28, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PANKAJ KANDA, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00838 |
| | § | |
| WARDEN OF RIO GRANDE | § | |
| DETENTION CENTER, | § | |
| SYLVESTER ORTEGA, | § | |
| MARKWAYNE MULLIN, | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY (DHS), | § | |
| and TODD BLANCHE, | § | |
| *Respondents.* | § | |

## **ORDER**

On May 20, 2026, the District Court referred this matter to the undersigned for a show-cause hearing and report and recommendation pursuant to 28 U.S.C. § 636(b)(1). Dkt. No. 3.  Later that same day, Ms. Kaur filed her Response to the Order to Show Cause. Dkt. No. 4.  Pursuant to the Order of the District Court, Ms. Kaur is **ORDERED** to attend a show cause hearing before the undersigned on **June 10, 2026, at 9:30 a.m., by Zoom**. Ms. Kaur should be prepared to address the concerns highlighted in the District Court's Order and argument regarding her Response.  Zoom information will be provided prior to the hearing.

IT IS SO ORDERED

Signed this May 27, 2026, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge